IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KEVIN GOMEZ, ) | No. C 04-0273 MMC (PR) |
| Petitioner, ) ) | **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| v. ) ) | |
| EDWARD ALAMEIDA, Warden, ) ) | **(Docket No. 28)** |
| Respondent. ) ) | |

On January 21, 2004, petitioner Jeffrey Kevin Gomez, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 27, 2007, the petition was denied on its merits and judgment was entered. On April 30, 2007, petitioner filed a notice of appeal, which the Court construes as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner has not shown "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." See Slack v. McDaniel, 529 U.S. 473, 483 (2000). Accordingly, the request for a certificate of appealability is hereby DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner also may seek a certificate of appealability. See Asrar, 116 F.3d at 1270.

This order terminates Docket No. 28.

IT IS SO ORDERED.

DATED: May 2, 2007

_____
MAXINE M. CHESNEY
United States District Judge